Filed 9/16/24  P. v. Medina CA3

# NOT TO BE PUBLISHED

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## THIRD APPELLATE DISTRICT

(Yuba)

----

|  |  |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | C099926 |
| v. | (Super. Ct. No. CRF2302294) |
| JUAN CARLOS MEDINA, | |
| Defendant and Appellant. | |

Appointed counsel for defendant Juan Carlos Medina asked this court to review the record and determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).)  Our review of the record indicates that defendant's approved plea deal included the agreement to dismiss counts I, III and IV, but those counts were not dismissed at sentencing.  We will modify the judgment to dismiss those counts and affirm the judgment as modified.

1

I

In September 2023, defendant forcibly raped and then burned the victim. The People charged him with torture (Pen. Code, § 206 -- count I),[1] arson causing great bodily injury (§ 451, subd. (a) -- count II), injuring a spouse, cohabitant, fiancé, boyfriend, girlfriend, or child's parent (§ 273.5, subd. (a) -- count III), false imprisonment by violence (§ 236 -- count IV), and rape by force (§ 261, subd. (a)(2) -- count V). As to count II, it was alleged that the arson was caused by the use of an accelerant (§ 451.1, subd. (a)), and as to count III, it was alleged that defendant inflicted great bodily injury on the victim under circumstances involving domestic violence (§ 12022.7, subd. (e)).

Defendant pleaded no contest to arson causing great bodily injury (§ 451, subd. (a) -- count II) and rape by force (§ 261, subd. (a)(2) -- count V). He admitted the count II enhancement allegation that the arson was caused by the use of an accelerant. (§ 451.1, subd. (a).) The parties stipulated to a 16-year state prison term, consisting of the following: the upper term of nine years on the count II arson conviction, a consecutive five years for the associated accelerant enhancement, and a consecutive two years (one-third the middle term of six years) for the count V rape conviction. Defendant waived his right to trial on any factors in aggravation, and the parties agreed that counts I, III, and IV would be dismissed.

The trial court sentenced defendant to the agreed-upon 16 years in state prison. But the trial court did not mention the agreement to dismiss counts I, III, and IV.

Defendant did not obtain a certificate of probable cause.

II

Appointed counsel filed an opening brief setting forth the facts of the case and asking this court to review the record and determine whether there are any arguable

---

[1] Undesignated statutory references are to the Penal Code.

issues on appeal.  (*Wende, supra*, 25 Cal.3d 436.)  Defendant was advised by counsel of the right to file a supplemental brief within 30 days of the date of filing the opening brief. More than 30 days elapsed and we received no communication from defendant.

Our review of the record indicates that the approved plea deal included the agreement to dismiss counts I, III, and IV, but those counts were not dismissed at sentencing.  " 'When a guilty [or nolo contendere] plea is entered in exchange for specified benefits such as the dismissal of other counts or an agreed maximum punishment, both parties, including the state, must abide by the terms of the agreement.' " (*People v. Panizzon* (1996) 13 Cal.4th 68, 80.)  We will modify the judgment to dismiss counts I, III, and IV.

Having undertaken an examination of the entire record, we find no other arguable error that would result in a disposition more favorable to defendant.

## DISPOSITION

The judgment is modified to dismiss counts I, III, and IV.  The judgment is affirmed as modified.


        /S/
        MAURO, J.



We concur:



    /S/
ROBIE, Acting P. J.



    /S/
DUARTE, J.

3